UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, | No. 2:23-cv-00827 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| STOHLMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days.  Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS

---

[1] Plaintiff has notified the Court of an address to be used upon her anticipated release on April 14, 2024.  The Court has verified that the Findings and Recommendations were properly served at her current address at the Central California Women's Facility.

1

HEREBY ORDERED as follows:

1. The findings and recommendations filed February 12, 2024 (ECF No. 11) are adopted in full.

2. Plaintiff's requests for leave to proceed in forma pauperis (ECF Nos. 2, 9) are denied.

3. The complaint is dismissed without leave to amend for failure to state a claim.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

mile0827.800